# WESTERN UNION TELEGRAPH COMPANY *v.* CHICAGO, LAKE SHORE AND SOUTH BEND RAILWAY COMPANY.

[No. 7,643. Filed January 11, 1912.]

From Laporte Superior Court, *Harry B. Tuthill*, Judge.

Action by the Western Union Telegraph Company against the Chicago, Lake Shore and South Bend Railway Company. From a judgment for defendant, the plaintiff appeals. *Affirmed.*

*Rush Taggart, Henry D. Estabrook* and *Samuel O. Pickens*, for appellant.

*F. J. Lewis Meyer*, and *Kline, Tolles & Morley*, for appellee.

MYERS, J.—The controlling facts in this case are practically the same, and present the same questions as those considered and decided adversely to appellant in the case of *Lake Shore, etc., R. Co.* v. *Chicago, etc., R. Co.* (1911), 48 Ind. App. 584, 92 N. E. 989, 95 N. E. 596, and the case of *Postal Telegraph, etc., Co.* v. *Chicago, etc., R. Co.* (1912), ante, 698, 97 N. E. 20, and on the authority of those cases, the judgment in this case is affirmed.